

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-15-00451-CV

**IN RE STATE FARM LLOYDS**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
Marialyn Barnard, Justice
Jason Pulliam, Justice

Delivered and Filed: December 16, 2015

PETITION FOR WRIT OF MANDAMUS DISMISSED AS MOOT

Relator State Farm Lloyds filed its petition for writ of mandamus on July 20, 2015. Relator then filed a notice of settlement and unopposed motion to abate, which was granted on August 14, 2015, to allow the parties to finalize settlement documents and obtain dismissal of the underlying causes.

Relator filed an unopposed motion to dismiss this mandamus proceeding on December 7, 2015, advising that both of the underlying cases have been dismissed and requesting that its petition for writ of mandamus also be dismissed. Accordingly, the temporary stay and abatement

---

[1] This proceeding arises out of Cause Nos. 2014-CVF-001162 D1, styled *Raul Rodriguez and Noemi Rodriguez v. State Farm Lloyds and Felipe Farias*, and 2014-CVF-001048 D1, styled *Alma Pena v. State Farm Lloyds and Becky Lanier*, pending in the 49th Judicial District Court, Webb County, Texas, the Honorable Jose A. Lopez presiding.

previously ordered by this court are lifted and this original mandamus proceeding is dismissed as moot.

PER CURIAM